# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| Timmy Dale Wagoner**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:20-cv-00145-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security **,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 28, 2022 Order.

March 28, 2022

Frank G. Johns, Clerk
United States District Court